# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-2445

_____

United States of America

*Plaintiff - Appellee*

v.

Nyle Thomas Brocks

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: February 22, 2022
Filed: March 15, 2022
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Nyle Brocks appeals the sentence the district court[1] imposed after he pleaded guilty to a drug offense. Brocks argues that the district court abused its discretion by

_____

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

imposing a substantively unreasonable sentence after giving insufficient weight to mitigating factors such as his personal history, especially his traumatic childhood; and giving too much weight to his criminal history.

We conclude that Brocks's sentence was not substantively unreasonable, as there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. David*, 682 F.3d 1074, 1077 (8th Cir. 2012) (standard of review); *United States v. Pickar*, 666 F.3d 1167, 1169 (8th Cir. 2012). The court made an individualized assessment based on the facts presented in its consideration of the 18 U.S.C. § 3553(a) factors. *See United States v. Stults*, 575 F.3d 834, 849 (8th Cir. 2009). Accordingly, we affirm.

_____